**No. 66487.**—American Express Co. and Gamble Vargish & Co. et al. *v.* United States, protests 60/4481, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of pigtails similar in all material respects to those the subject of Abstract 63984, the claim of the plaintiffs was sustained.